NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-1574

ANTHONY WHEELER

VERSUS

DR. THAD BOURQUE AND DR. JEFFREY THIBODEAUX

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-4258
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Vincent J. DeSalvo
Jack Patrick Harris
7918 Wrenwood Blvd., Suite A
Baton Rouge, LA 70809-1772
(225) 927-7035
Counsel for Plaintiff/Appellant:
    Anthony Wheeler

**Marc W. Judice**
**Judice & Adley**
**P. O. Drawer 51769**
**Lafayette, LA 70505-1769**
**(337) 235-2405**
**Counsel for Defendants/Appellees:**
    **Dr. Thad Bourque**
    **Dr. Jeffrey Thibodeaux**